**EISENBERG & SCHNELL LLP**
ATTORNEYS AT LAW

HERBERT EISENBERG
LAURA S. SCHNELL

JULIAN R. BIRNBAUM
Of Counsel

**Via Electronic Case Filing**

June 28, 2021

Hon. Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square Courtroom 619
New York, New York 10007

    Re:    *Hornig v. Trustees of Columbia University in the City of New York, et al.*,
            Case No. 17 Civ. 3602 (ER)

Dear Judge Ramos,

Plaintiff respectfully requests the opportunity to orally argue her opposition to defendants' motion for summary judgment.

Thank you for your consideration.


Respectfully submitted.

*[signature]*

Herbert Eisenberg

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE 212.966.8900
FAX    212.966.2505
eisenbergschnell.com