UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADY HORNIG, MD,<br><br>                       Plaintiff,<br><br>v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,<br><br>                       Defendants. | 17 Civ. 3602 (ER)<br><br>**NOTICE OF MOTION TO WITHDRAW** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Dana W. Kumar, the undersigned respectfully moves to withdraw as attorney of record for Defendant Trustees of Columbia University in the City of New York ("Columbia") pursuant to Local Civil Rule 1.4. This request is being made as the undersigned will no longer be associated with Buckley LLP. No parties will be prejudiced in this matter as attorneys from Buckley LLP and Yankwitt LLP will continue their representation as counsel for Columbia.

Dated: March 17, 2022
       New York, New York

                                            Respectfully submitted,

                                            */s/ Dana W. Kumar*
                                            Dana W. Kumar
                                            Buckley LLP
                                            1133 Avenue of the Americas, Suite 3100
                                            New York. NY 10036
                                            T (212) 600-2374
                                            F (212) 600-2405
                                            dkumar@buckleyfirm.com

                                            *Attorneys for Defendant Trustees of*
                                            *Columbia University in the City of*
                                            *New York*