**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MADY HORNIG, MD,<br><br>                            Plaintiff,<br><br>            v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,<br><br>                            Defendants. | 17 Civ. 3602 (ER)<br><br>**DECLARATION OF**<br>**DANA W. KUMAR** |

I, Dana W. Kumar, declare under the penalties of perjury as follows:

    1.    I am an attorney licensed to practice before this Court. I am currently listed as one of the attorneys of record for Defendant Trustees of Columbia University in the City of New York ("Columbia") in this matter.

    2.    This declaration is respectfully submitted in support of my motion pursuant to Local Civil Rule 1.4 for an Order granting me leave to withdraw as an attorney of record for Columbia.

    3.    My representation of Columbia in this case arose from my association with Buckley LLP.

    4.    March 18, 2022 is the last day I will be associated with Buckley LLP. As such, I will not be litigating this matter on Columbia's behalf going forward.

    5.    Accordingly, I respectfully request leave to withdraw my appearance.

    6.    Columbia will continue to be represented in these proceedings by Buckley LLP and Yankwitt LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 17, 2022 in New York, New York.

*/s/ Dana W. Kumar*
Dana W. Kumar