UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MADY HORNIG, MD,<br><br>                              Plaintiff,<br><br>v.<br><br>TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al.,<br><br>                            Defendants. | 17 Civ. 3602 (ER) |

**[PROPOSED] ORDER OF WITHDRAWAL OF DANA W. KUMAR**

Upon consideration of the motion to withdraw the appearance of Dana W. Kumar, this Court orders that Ms. Kumar be withdrawn from this case, and further orders that Ms. Kumar be removed from the Court's electronic service list.

                                                                                      SO ORDERED.

Dated: _____                        _____
                                                                               Hon. Edgardo Ramos
                                                                               United States District Judge