**EISENBERG & SCHNELL** LLP
ATTORNEYS AT LAW

<u>Via Electronic Case Filing</u>

June 21, 2022

HERBERT EISENBERG
LAURA S. SCHNELL

JULIAN R. BIRNBAUM
Of Counsel

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *Hornig v. Trustees of Columbia University in the City of New York, et al.*,
     Case No. 17 Civ. 3602 (ER)

Dear Judge Ramos:

  We write on behalf of all parties in the above listed matter to submit this joint status letter pursuant to your Honor's instructions during the April 22, 2022, status conference. The parties have scheduled a mediation for July 19, 2022, with Mediator Marc Isserles at JAMS. The parties will report back to the Court upon the conclusion of the mediation. The parties also have agreed to hold in abeyance any discovery or related issues until after the mediation.

Respectfully submitted,

*/s/*

Herbert Eisenberg, Esq.
Rosalind S. Fink, Esq.
*Attorneys for Plaintiff Mady Hornig, M.D.*

cc:
Ross E. Morrison, Esq. (by ECF)
Michael H. Reed, Esq. (by ECF)
Susan Friedfel, Esq. (by ECF)
Joseph J. DiPalma, Esq. (by ECF)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE  212.966.8900
FAX      212.966.2505
eisenbergschnell.com