UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDY HORNIG,

                Plaintiff,

- against -

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and WALTER IAN LIPKIN,

                Defendants.

**ORDER**

17 Civ. 3602 (ER)

Ramos, D.J.:

      On March 15, 2017, Mandy Hornig brought this action against the Columbia University and Walter Ian Lipkin, pursuant to Title VII of the Civil Rights Act and the New York City Human Rights Law. Doc. 3. On March 31, 2022, the Court granted Defendants' motion for summary judgment as to Hornig's sex discrimination claim brought under Title VII against Columbia University and denied the remainder of the motion. Doc. 101. During an April 22, 2022 conference, the parties informed the Court of their intent to engage in private mediation. The Court then stayed all deadlines and ordered the parties to submit a status letter by June 21, 2022 and to report back to the Court within 48 hours of the conclusion of mediation.

      On June 21, 2022, the parties informed the Court that mediation was scheduled for July 19, 2022 and that they would report back to the Court upon the conclusion of mediation. Doc. 104. Since June 21, 2022, the Court has received no further updates from the parties. The parties are therefore instructed to submit a status report by no later than October 20, 2022. Failure to do so may result in dismissal of this case for failure to prosecute.

2

It is SO ORDERED.

Dated: October 13, 2022
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.